```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 19229
   PHILLIP M KURYLOWICZ SR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-9237

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/17/2004 and was confirmed 07/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.05% from remaining funds.

     The case was paid in full 12/08/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
HARRIS NA                 SECURED          18576.70         2720.59       18576.70
WASHINGTON MUTUAL         CURRENT MORTG        .00             .00            .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00            .00
LVNV FUNDING LLC          UNSECURED         9478.79            .00         1616.04
CHRYSLER FINANCIAL SVC A  UNSECURED         4671.24            .00          795.42
UNIVERSAL CARD SERVICES   UNSECURED       NOT FILED            .00            .00
RESURGENT ACQUISITION LL  UNSECURED         8188.15            .00         1396.00
ECAST SETTLEMENT CORP     UNSECURED OTH    7463.57            .00         1273.73
FNANB                     UNSECURED       NOT FILED            .00            .00
JC PENNEY                 UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED        16990.82            .00         2896.76
ECAST SETTLEMENT CORP     UNSECURED          879.00            .00          149.56
SEARS MASTER CARD         UNSECURED       NOT FILED            .00            .00
NICOM/VISA                UNSECURED       NOT FILED            .00            .00
CHASE CARD SERVICES       SECURED NOT I     275.00            .00            .00
CHASE CARD SERVICES       UNSECURED         304.00            .00           51.77
LEDFORD & WU              DEBTOR ATTY     2,300.00                        2,300.00
TOM VAUGHN                TRUSTEE                                         1,973.43
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               33,750.00

PRIORITY                                              .00
SECURED                                         18,576.70
    INTEREST                                     2,720.59
UNSECURED                                        8,179.28
ADMINISTRATIVE                                   2,300.00
TRUSTEE COMPENSATION                             1,973.43

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 19229 PHILLIP M KURYLOWICZ SR
```

```
DEBTOR REFUND                                                        .00
                                         ---------------    ---------------
TOTALS                                         33,750.00          33,750.00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 03/05/09                    _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE